1 LOUIS R. MILLER (State Bar No. 54141)
2 MIRA HASHMALL (State Bar No. 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
3 MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
4 Los Angeles, California 90067
Telephone: (310) 552-4400
5 Facsimile: (310) 552-8400
Email: smiller@millerbarondess.com
6
7 Attorneys for Defendants
COUNTY OF LOS ANGELES and LOS
8 ANGELES COUNTY FIRE DEPARTMENT

9 [Additional counsel listed on next page.]

10

11 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

13

| | |
|---|---|
| MATTHEW MAUSER, an individual and as Successor in Interest to CHRISTINA MAUSER; PENELOPE MAUSER, a minor, by and through her Guardian MATTHEW MAUSER; THOMAS MAUSER, a minor, by and through his Guardian MATTHEW MAUSER; and IVY MAUSER, a minor, by and through her Guardian MATTHEW MAUSER,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity, ALEX VILLANUEVA, as Sheriff of the County of Los Angeles and as an individual; LOS ANGELES COUNTY FIRE DEPARTMENT, a public entity; and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO. 2:21-cv-00497**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |

492064.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

[Additional counsel, continued from previous page.]

JONATHAN C. MCCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
500 West Temple Street, Suite 468
Los Angeles, California 90012
Telephone:  (213) 974-1828
Facsimile:   (213) 626-7446
Email:  jmccaverty@counsel.lacounty.gov

Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
and ALEX VILLANUEVA

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that, under 28 U.S.C. sections 1331, 1441 and 1446, Defendants County of Los Angeles (the "County"), Los Angeles County Fire Department ("LACFD"), Los Angeles County Sheriff's Department ("LASD"), and Sheriff Alex Villanueva ("Sheriff Villanueva") (collectively, "Defendants") hereby remove the case captioned as *Mauser, et al. v. County of Los Angeles, et al.*, Case No. 20STCV48132 (the "State Court Action"), from the Superior Court of the State of California for the County of Los Angeles to this Court.

Removal is proper because, as set forth herein, the Court has subject matter jurisdiction over the claims at issue in the State Court Action and the procedural requirements for removal have been satisfied.

## I. FACTUAL BACKGROUND

On December 16, 2020, Plaintiffs Matthew Mauser, an individual and as successor in interest to Christina Mauser; Penelope Mauser, a minor, by and through her guardian Matthew Mauser; Thomas Mauser, a minor, by and through his guardian Matthew Mauser; and Ivy Mauser, a minor, by and through her guardian Matthew Mauser (collectively, "Plaintiffs") commenced the State Court Action in the Superior Court of the State of California for the County of Los Angeles by the filing of a Summons and Complaint (the "Complaint"). The Complaint, along with the Superior Court Summons, Civil Case Cover Sheet, Case Assignment, Notices and Acknowledgements of Receipt, and Applications for Guardians Ad Litem are attached hereto as **Exhibits A-F**. Defendants agreed to accept service of the Complaint on December 28, 2020. Plaintiff served Defendants with the Summons and Complaint on January 7, 2021.

The Complaint asserts two claims for violations of the Fourteenth Amendment (42 U.S.C. § 1983), along with related state law claims for negligence, invasion of privacy, and intentional infliction of emotional distress.

## II. REMOVAL IS PROPER BASED ON FEDERAL QUESTION JURISDICTION

This action is removable under 28 U.S.C. section 1441. This Court has original jurisdiction over this action under 28 U.S.C. section 1331 because it is a civil action arising under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff purports to bring claims for violation of the Fourteenth Amendment of the United States Constitution under 42 U.S.C. section 1983.

This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. section 1367, as those claims form part of the same case or controversy as Plaintiff's federal claims.

## I. REMOVAL IS TO THE PROPER COURT

Plaintiff brought the State Court Action in the Superior Court of the State of California for the County of Los Angeles, which is within this Court's judicial district and division. *See* 28 U.S.C. § 84(c). This Court is therefore the proper court for removal under 28 U.S.C. sections 1441(a) and 1446(a).

## III. REMOVAL IS TIMELY

This Notice of Removal is timely because it is being filed within 30 days of receipt by Defendants, through service or otherwise, of a copy of the Complaint, which was the first pleading, notice, order, or other paper from which it could be ascertained that the case is removable. See 28 U.S.C. § 1446(b).

This Notice of Removal is being filed on January 19, 2021—prior to the expiration of the thirty-day period for removal prescribed by 28 U.S.C. § 1446(b)(1).

## IV. DEFENDANTS SATISFIED ALL PROCEDURAL REQUIREMENTS

A copy of all documents in Defendants' possession pertaining to the State Court Action, including, in accordance with 28 U.S.C. section 1446(a), all process, pleadings, and/or orders served on Defendants in the State Court Action, are attached hereto as **Exhibits A-F**.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

All Defendants consent to removal. The "DOE" defendants need not consent to or join in the notice of removal. *See Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980).

Defendants have not previously tried to remove this action.

## V. RELATED CASES

There are two nearly-identical cases already pending in federal court: *Bryant v. County of Los Angeles, et al.* (Central District of California Case No. 2:20-cv-09582) and *Chester, et al. v. County of Los Angeles, et al.* (Central District of California Case No. 2:20-cv-10844). Both cases are assigned to the Honorable John F. Walter and Magistrate Judge Charles F. Eick. Defendants are filing a Notice of Related Cases.

## VI. NOTICE TO ADVERSE PARTIES AND SUPERIOR COURT

Promptly after the filing of this Notice of Removal, Defendants will provide written notice of removal to all adverse parties, namely Plaintiff and the Superior Court of the State of California for the County of Los Angeles, and will file a copy of this Notice with the clerk therein.

## VII. CONCLUSION

Based on the foregoing, Defendants remove this action and respectfully requests that further proceedings be conducted in this Court as required by law.

DATED: January 19, 2021         MILLER BARONDESS, LLP

By: /s/ Louis R. Miller
    LOUIS R. MILLER
    Attorneys for Defendants
    COUNTY OF LOS ANGELES and LOS ANGELES COUNTY FIRE DEPARTMENT

492064.1

5

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

DATED: January 19, 2021     OFFICE OF THE COUNTY COUNSEL

By: /s/ Jonathan C. McCaverty
JONATHAN C. MCCAVERTY
Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT and ALEX
VILLANUEVA

## INDEX OF EXHIBITS

| Ex. No. | Description | Pg. No. |
|---|---|---|
| A. | Complaint | 8-25 |
| B. | Summons | 26-29 |
| C. | Civil Case Cover Sheet and Addendum and Statement of Location | 30-36 |
| D. | Case Assignment | 37-39 |
| E. | Notices and Acknowledgements of Receipt | 40-42 |
| F. | Applications for Guardians Ad Litem | 43-50 |