1  JONATHAN C. McCAVERTY (State Bar No. 210922)
   Principal Deputy County Counsel
2  jmccaverty@counsel.lacounty.gov
3  OFFICE OF COUNTY COUNSEL
   General Litigation Division
4  500 West Temple Street, Suite 468
   Los Angeles, California 90012
5  Telephone:  (213) 974-1828
   Facsimile:  (213) 626-7446
6
7  Attorneys for Defendant
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
8
   [Additional counsel listed on next page.]
9
10
11              **UNITED STATES DISTRICT COURT**
12        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
13
14  MATTHEW MAUSER, et al.,            **CASE NO. 2:21-cv-00497-JFW-E**
15            Plaintiffs,              **JOINT NOTICE OF SETTLEMENT**
16       v.                            Assigned to the Hon. John F. Walter
                                       and Magistrate Judge Charles F. Eick
17  COUNTY OF LOS ANGELES, et al.,
18            Defendants.
19
20
21
22
23
24
25
26
27
28

538233.3                                            Case No. 2:21-cv-00497-JFW-E
                       JOINT NOTICE OF SETTLEMENT

[Additional counsel, continued from previous page:]

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
esanchirico@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES and LOS ANGELES COUNTY FIRE DEPARTMENT

BRIAN J. PANISH (State Bar No. 116060)
panish@psblaw.com
KEVIN R. BOYLE (State Bar No. 192718)
boyle@psblaw.com
SPENCER R. LUCAS (State Bar No. 232498)
lucas@psblaw.com
MARGUERITE S. SANVICTORES (State Bar No. 299452)
sanvictores@psblaw.com
PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone:   (310) 477-1700
Facsimile:   (310) 477-1699

Attorneys for Plaintiffs
MATTHEW MAUSER, an individual and as Successor in Interest to CHRISTINA MAUSER; P.M., a minor, by and through her Guardian MATTHEW MAUSER; T.M., a minor, by and through his Guardian MATTHEW MAUSER; and I.M., a minor, by and through her Guardian MATTHEW MAUSER

**PLEASE TAKE NOTICE** that Plaintiffs Matthew Mauser, individually and as Successor in Interest to Christina Mauser, deceased; P.M., a minor, by and through her Guardian ad Litem Matthew Mauser; T.M., a minor, by and through his Guardian ad Litem Matthew Mauser, and I.M., a minor, by and through her Guardian ad Litem Matthew Mauser (collectively, "Plaintiffs") and Defendants Los Angeles County Sheriff's Department, County of Los Angeles and Los Angeles County Fire Department (collectively, "Defendants") have agreed to settle all claims in the above-entitled action.

The parties are finalizing the settlement agreement and seeking the required approvals from Defendants.

DATED: October 12, 2021       OFFICE OF COUNTY COUNSEL


By: /s/ Jonathan C. McCaverty
JONATHAN C. McCAVERTY
Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT


DATED: October 12, 2021       MILLER BARONDESS, LLP


By: /s/ Jason H. Tokoro
JASON H. TOKORO
Attorneys for Defendants
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY FIRE DEPARTMENT

| | | |
|---|---|---|
| 1 | DATED:  October 12, 2021 | PANISH SHEA & BOYLE LLP |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Kevin R. Boyle |
| 5 | | KEVIN R. BOYLE |
| | | Attorneys for Plaintiffs |
| 6 | | MATTHEW MAUSER, an individual and as Successor in Interest to |
| 7 | | CHRISTINA MAUSER; P.M., a minor, by and through her Guardian |
| 8 | | MATTHEW MAUSER; T.M., a minor, |
| 9 | | by and through his Guardian |
| 10 | | MATTHEW MAUSER; and I.M., a minor, by and through her Guardian |
| 11 | | MATTHEW MAUSER |

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On October 12, 2021, I served true copies of the following document(s) described as:

**JOINT NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 12, 2021, at Los Angeles, California.

_____
Angelica R. Ransom

# SERVICE LIST
*Bryant v. County of Los Angeles, et al.* **and related cases**

| | |
|---|---|
| Luis Li<br>Justin P. Raphael<br>Craig Jennings Lavoie<br>Mari T. Saigal<br>Jennifer L. Bryant<br>Brandon E. Martinez<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue<br>50th Floor<br>Los Angeles, CA 90071-3426 | *Attorneys for Plaintiff*<br>**VANESSA BRYANT**<br><br>Tel.:  (213) 683-9100<br>Fax:  (213) 687-3702<br>Email:  luis.li@mto.com;<br>justin.raphael@mto.com;<br>craig.lavoie@mto.com;<br>jennifer.bryant@mto.com;<br>mari.saigal@mto.com;<br>brandon.martinez@mto.com;<br>denise.olguin@mto.com |
| Jonathan C. McCaverty<br>Principal Deputy County Counsel<br>OFFICE OF COUNTY COUNSEL<br>General Litigation Division<br>500 West Temple Street, Suite 468<br>Los Angeles, CA 90012 | *Attorneys for Defendant*<br>**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**<br><br>Tel.:  (213) 974-1828<br>Fax:  (213) 626-7446<br>Email:<br>jmccaverty@counsel.lacounty.gov;<br>eliao@counsel.lacounty.gov |

| | | |
|---|---|---|
| 1 | Brian J. Panish | *Attorneys for Plaintiffs MATTHEW* |
| 2 | Kevin R. Boyle | *MAUSER, an individual and as* |
|   | Spencer R. Lucas | *Successor in Interest to CHRISTINA* |
| 3 | Marguerite S. Sanvictores | *MAUSER; P.M., a minor, by and through* |
| 4 | Karen Bennett (Staff) | *her Guardian MATTHEW MAUSER;* |
|   | Maria Alegria (Staff) | *T.M., a minor, by and through his* |
| 5 | PANISH SHEA & BOYLE LLP | *Guardian MATTHEW MAUSER; and* |
|   | 11111 Santa Monica Boulevard | *I.M., a minor, by and through her* |
| 6 | Suite 700 | *Guardian MATTHEW MAUSER* |
| 7 | Los Angeles, CA 90025 | |
| 8 | | *And for Plaintiffs JOHN JAMES* |
|   | | *ALTOBELLI, an individual and as* |
| 9 | | *Successor in Interest to ALYSSA* |
| 10 | | *ALTOBELLI and JOHN ALTOBELLI;* |
|    | | *and ALEXIS ALTOBELLI, an individual* |
| 11 | | *and as Successor in Interest to ALYSSA* |
| 12 | | *ALTOBELLI, JOHN ALTOBELLI and* |
|    | | *KERI ALTOBELLI* |
| 13 | | |
| 14 | | Tel.:  (310) 477-1700 |
|    | | Fax:  (310) 477-1699 |
| 15 | | Email:  panish@psblaw.com; |
| 16 | | boyle@psblaw.com; lucas@psblaw.com; |
|    | | sanvictores@psblaw.com; |
| 17 | | bennett@psblaw.com; |
| 18 | | alegria@psblaw.com |
| 19 | Jerome M. Jackson | *Attorneys for Plaintiffs* |
| 20 | JEROME M JACKSON LAW OFFICES | *CHRISTOPHER L. CHESTER; R.C., a* |
|    | 880 Apollo Street | *minor, by and through his Guardian Ad* |
| 21 | Suite 238 | *Litem, CHRISTOPHER L. CHESTER;* |
| 22 | El Segundo, CA 90245 | *and H.C., a minor, by and through his* |
|    | | *Guardian Ad Litem, CHRISTOPHER L.* |
| 23 | | *CHESTER* |
| 24 | | |
| 25 | | Tel.:  (310) 726-4199 |
|    | | Fax:  (310) 414-0486 |
| 26 | | Email:  jmjlaw@aol.com |
| 27 | | |
| 28 | | |